No. 233. THOMAS. D. ROBINSON *v.* WESLEY STEELE
ET. AL.  Error to the Supreme Court of the State of

Washington. Motion to dismiss or affirm submitted December 23, 1918. Decided January 7, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. Julian C. Dowell* and *Mr. F. Carter Pope* for plaintiff in error. *Mr. William F. Hall* for defendants in error.

---

No. 350. AMERICAN PACKING COMPANY *v.* PAUL LUKETA ET AL. Error to the Supreme Court of the State of Washington. Motion to dismiss submitted December 23, 1918. Decided January 7, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. Alpheus Byers* for plaintiff in error. *Mr. Benjamin S. Ohnick* for defendants in error.